LORETO DEVELOPMENT COMPANY, INC. ET AL., APPELLANTS,
*v.* VILLAGE OF CHARDON, APPELLEE.

[Cite as *Loreto Dev. Co. v. Chardon* (1998), 81 Ohio St.3d 1239.]

(No. 96-2636—Submitted January 20, 1998—Decided March 11, 1998.)

*Mansour, Gavin, Gerlack & Manos Co., L.P.A., Michael T. Gavin, Eli Manos* and *Anthony J. Coyne; Eardley & Zulandt* and *David J. Eardley,* for appellants.

*Manley, Burke, Lipton & Cook* and *Gary E. Powell;* and *James M. Gillette,* Chardon Village Law Director, for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

COOK, J., dissents and would affirm the judgment of the court of appeals.